

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

November 23, 2015

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

David A. Pearson, IV
222 W. Exchange, Ste. 103
Fort Worth, TX 76164
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:   02-15-00432-CR, 02-15-00433-CR,

        Trial Court Case Number:   1412917D, 1414818D,

Style:   Shonda Lee Moxley
         v.
         The State of Texas

On Friday, November 20, 2015, we received a letter from the official court reporter stating that there were no reporter's notes taken on the above referenced appeal.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By:  Bonnie Alexander, Deputy Clerk